**Order entered January 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00477-CV

## IN THE INTEREST OF: Z.C.S., A CHILD

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-2032**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the motion of Rick Dunn for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Rick Dunn as counsel of record for Jennifer Lynn Sikes. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jennifer Lynn Sikes, 9650 Farmington Road, Van Alstyne, Texas 75495.

/s/     CRAIG STODDART
        JUSTICE